IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02575-BNB

TIMOTHY DOYLE YOUNG,

Plaintiff,

v.

COUNSELOR MADISON,
UNIT MANAGER COLLINS,
DEBORAH A. LOCKE,
BOYD BOLAND,
ZITA WEINSHIENK, and
MS. MACK,,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 27 2010

GREGORY C. LANGHAM
CLERK

ORDER DISMISSING CASE

Originally, Plaintiff Timothy Doyle Young, a federal prisoner currently housed in the State of Colorado, filed a civil complaint in the United States District Court for the Eastern District of New York (Eastern District of New York) in *Young v. Counselor Madison, et al.*, No. 08-cv-01622-SLT-LB (E.D. N.Y. Apr. 28, 2008). The Eastern District of New York determined that venue in Case No. 08-cv-01622 was proper in the United States District Court for the District of Colorado and entered an order on April 28, 2008 transferring the case here. The Eastern District of New York electronically sent the transfer order to this Court, but this Court was not able in April 2008 to receive notification of transferred cases electronically. This Court was not aware of the transferred case until Mr. Young informed the Court of it. This Court contacted the Eastern District of New York and informed the court of its failure to receive notice of the transferred case. On March 1, 2010, this Court received the transfer order and related filings in Case No. 08-cv-01622 from the Eastern District of New York and opened a

case under *Young v. Counselor Madison*, No. 10-cv-00484-ZLW (D. Colo. Apr. 19, 2010). Subsequently, Case No. 10-cv-00484-ZLW was dismissed on April 19, 2010 because Mr. Young failed to cure the deficiencies in the complaint within the time allowed.

On October 21, 2010, this Court received correspondence from the clerk of the court for the Eastern District of New York attaching a copy of a mandate entered by the United States Court of Appeals for the Second Circuit (Second Circuit) denying Mr. Young's appeal in Case No. 08-cv-01622-SLT-LB. Inadvertently, the Clerk of this Court construed the copy of the Second Circuit's mandate as an order to transfer and opened the instant action. Because Case No. 08-cv-01622 previously was transferred to this Court and was dismissed in Case No. 10-cv-00484-ZLW, the Court will dismiss this action. Accordingly, it is

ORDERED that the Clerk of the Court dismiss this action.

DATED at Denver, Colorado, this  26th  day of  October , 2010.

BY THE COURT:

  s/Philip A. Brimmer  
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02575-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/27/10 .

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk